PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   DENNIS KEITH TAYLOR, JR.          Case Number:   1:08CR126-1

Name of Sentencing Judicial Officer:   The Honorable N. Carlton Tilley, Jr.

Date of Original Sentence:          March 19, 2009

Original Offense:   Possession of a Firearm by a Convicted Felon in violation of 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2).

Original Sentence:   120 months custody of the Bureau of Prisons followed by three years of supervised release.

August 20, 2020: Supervised release revoked. 12 months custody of the Bureau of Prisons, followed by 24 months supervised release.

Type of Supervision:   Supervised Release          Date 2nd term of Supervision Commenced: December 31, 2020
Date 2nd term of Supervision Expires: December 30, 2022

Assistant U.S. Attorney: Graham Green          Defense Attorney: Gregory Davis

## PETITIONING THE COURT

[X]   To issue a warrant. For compelling reasons, this petition and Warrant shall remain sealed until the Warrant is executed. The Clerk shall provide a copy of the petition and Warrant to the U.S. Probation Office, the U.S. Attorney's Office, and the United States Marshal Office.

[ ]   To issue a summons

The probation officer believes that Mr. Taylor has violated the following condition(s) of supervision:

**Violation 1 –   The defendant shall submit to substance abuse testing, at anytime, as directed by the probation officer. The defendant shall cooperatively participate in a susbtance abuse treatment program, which may include drug testing or inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.**

Mr. Taylor failed to report to substance use testing as directed by the probation officer on March 30, 2021 and May 11, 2021, respectively.

On March 30, 2021, Mr. Taylor reported to the probation office as directed at approximately 10 a.m. He was instructed to provide a urine specimen by the probation officer and denied being able to provide a specimen citing he had recently used the bathroom. The probation officer instructed Mr. Taylor to return to the probation officer on the same day between 1:00 p.m. and 4:00 p.m. for drug testing. Mr. Taylor agreed to do the same, however, he failed to report as instructed on March 30th and could not be reached by phone by the probation officer.

**RE: Dennis Keith Taylor, Jr.**                                                                                                    2

During a home contact with Mr. Taylor on May 6, 2021, the probation officer directed Mr. Taylor to provide a urine specimen for testing, Mr. Taylor was not able to provide an adequate amount of urine for analysis. In response, Mr. Taylor was verbally instructed to report to the probation office on May 11, 2021, for drug testing.  Mr. Taylor failed to report as directed for drug testing.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be
        [X]     revoked.
        [ ]     extended for   years, for a total term of   years.

[ ]     The conditions of supervision should be modified as follows:


                                I declare under penalty of perjury that the forgoing is true and correct.

                        Executed on     August 16, 2021

                                        *David V. Bruchon* (signature)

                                        David Bruchon
                                        United States Probation Officer


Approved by:

*Karen Tremblay* (signature)                                                     August 16, 2021

Karen Tremblay                                                                    Date
Supervisory U.S. Probation Officer

CLOSED

# U.S. District Court
# North Carolina Middle District (NCMD)
# CRIMINAL DOCKET FOR CASE #: 1:08-cr-00126-NCT-1

| | |
|---|---|
| Case title: USA v. TAYLOR et al | Date Filed: 04/28/2008 |
| Related Case: 1:12-cv-00950-NCT-JEP | Date Terminated: 04/17/2009 |

Assigned to: JUDGE N. C. TILLEY, JR

**Defendant (1)**

| | | |
|---|---|---|
| **DENNIS KEITH TAYLOR, JR.**<br>24172-057<br>FEDERAL CORRECTIONAL INSTITUTION<br>P.O. BOX 52020<br>BENNETTSVILLE, SC 29512<br>*TERMINATED: 04/17/2009* | represented by | **FED. PUBLIC DEF., OFFICE OF**<br>301 N. ELM ST., STE. 410<br>GREENSBORO, NC 27401<br>336-333-5455<br>Email: ncm_simmons@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br><br>**GREGORY DAVIS**<br>301 N. ELM ST., STE. 410<br>GREENSBORO, NC 27401<br>336-333-5455<br>Fax: 336-333-5463<br>Email: Greg_Davis@fd.org *(Inactive)*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) & 924(a)(2) Felon possessing a firearm<br>(1) | One Hundred Twenty (120) months imprisonment; Three (3) years supervised release; Special Assessment $100. SUPERVISED RELEASE JUDGMENT. Defendant's supervised release is revoked. Twelve (12) months imprisonment. Twenty-four (24) months supervised release under the same terms and conditions previously imposed. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **ANGELA HEWLETT MILLER**<br>OFFICE OF U. S. ATTORNEY<br>101 South Edgeworth Street, Fourth Floor<br>GREENSBORO, NC 27401<br>336-333-5351<br>Email: angela.miller@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**GRAHAM TOD GREEN**<br>U. S. ATTORNEY'S OFFICE<br>251 N. MAIN ST., STE. 726<br>WINSTON-SALEM, NC 27101<br>336-631-5268 x3003<br>Fax: 336-631-5049<br>Email: graham.green@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**MEREDITH C. RUGGLES**<br>UNITED STATES ATTORNEY'S OFFICE<br>101 SOUTH EDGEWORTH STREET, SUITE 400<br>GREENSBORO, NC 27401<br>336-332-6324<br>Fax: 336-333-5381<br>Email: meredith.ruggles@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**ELEANOR T. MORALES**<br>UNITED STATES ATTORNEY'S OFFICE<br>101 SOUTH EDGEWORTH STREET, 4TH FLOOR<br>GREENSBORO, NC 27401<br>336-747-7510<br>Email: eleanor.morales@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**MICHAEL F. JOSEPH**<br>OFFICE OF U. S. ATTORNEY |

101 South Edgeworth Street, Fourth Floor
Greensboro, NC 27401
336-333-5351
Email: mike.joseph@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2008 | 1 | INDICTMENT as to DENNIS KEITH TAYLOR, JR (1) count(s) 1, WANDA GAIL RORIE (2) count(s) 2. (Garrett, Kim) (Entered: 04/29/2008) |
| 04/29/2008 | 2 | Arrest Warrant Issued in case as to DENNIS KEITH TAYLOR, JR. (Garrett, Kim) (Entered: 04/29/2008) |
| 05/21/2008 | 5 | PETITION for Writ of Habeas Corpus ad prosequendum by USA as to DENNIS KEITH TAYLOR, JR. (GREEN, GRAHAM) (Entered: 05/21/2008) |
| 05/21/2008 | 6 | ORDER granting 5 Petition for Writ of Habeas Corpus ad prosequendum as to DENNIS KEITH TAYLOR JR. (1). Writ issued for arraignment on 06/04/08 at 10:30 am in GSO. Signed by MAG/JUDGE P. TREVOR SHARP on 05/21/08. (Garrett, Kim) (Entered: 05/21/2008) |
| 05/30/2008 | 7 | ORDER appointing GREGORY DAVIS for DENNIS KEITH TAYLOR, JR. Signed by MAG/JUDGE RUSSELL A. ELIASON on 05/30/08. (Garrett, Kim) (Entered: 05/30/2008) |
| 06/03/2008 | 10 | ARREST Warrant Returned Executed on 6/2/08 in case as to DENNIS KEITH TAYLOR, JR. (Daniel, J) (Entered: 06/03/2008) |
| 06/04/2008 |  | Minute Entry for proceedings held before MAG/JUDGE P. TREVOR SHARP:Arraignment as to DENNIS KEITH TAYLOR JR. (1) Count 1 held on 6/4/2008 Defendant(s) pleads NOT GUILTY to all charges. AFPD Greg Davis appeared as counsel for defendant. (Proceedings Recorded/Tape # 08S.43) (Winchester, Robin) (Entered: 06/04/2008) |
| 06/04/2008 | 11 | SCHEDULING ORDER as to DENNIS KEITH TAYLOR, JR Signed by John S. Brubaker, Clerk, U. S. District Court Motions due by 6/18/2008. Responses due by 6/25/2008. Motion Hearing set for 9:30 a.m. 7/7/2008 in Greensboro. Plea Agreements due no later than 12:00 noon 7/3/2008. Plea Changes set for 9:30 a.m. 7/7/2008 in Greensboro. Jury Trial set for 9:30 a.m. 7/14/2008 in Greensboro. (Winchester, Robin) (Entered: 06/04/2008) |
| 06/10/2008 | 17 | ***SEALED FINANCIAL AFFIDAVIT by DENNIS KEITH TAYLOR, JR (Garrett, Kim) (Entered: 06/10/2008) |
| 06/27/2008 | 18 | PLEA AGREEMENT as to DENNIS KEITH TAYLOR, JR (McClain, Abby) (Entered: 06/27/2008) |
| 06/30/2008 | 19 | Factual Basis Document as to DENNIS KEITH TAYLOR, JR, WANDA GAIL RORIE filed on 6/30/2008 (GREEN, GRAHAM) (Entered: 06/30/2008) |
| 07/07/2008 |  | Minute Entry for proceedings held before JUDGE N. C. TILLEY, JR:CHANGE OF PLEA HEARING held on 7/7/2008. Defendant present in custody. Defendant placed under oath and advised of rights/charges/penalties; Court reviews the plea agreement; DENNIS KEITH TAYLOR JR. (1) pleads GUILTY to Count 1. Court finds the Defendant is competent to enter a guilty plea ; Court orders the preparation of a Presentence Report. Sentencing set for 11/14/2008 02:00 PM in Greensboro Courtroom #2 before JUDGE N. C. TILLEY JR.(Court Reporter Russell.) (Winchester, Robin) (Entered: 07/07/2008) |

| | | |
|---|---|---|
| 07/07/2008 | | Defendant DENNIS KEITH TAYLOR, JR assigned to JUDGE N. C. TILLEY, JR. (Winchester, Robin) (Entered: 07/07/2008) |
| 11/06/2008 | | ELECTRONIC NOTICE to parties as to DENNIS KEITH TAYLOR, JR, and WANDA GAIL RORIE: Sentencing currently set for 11/14/2008 will be continued due to the PSR not being disclosed. Written Order forthcoming. (Winchester, Robin) (Entered: 11/06/2008) |
| 11/06/2008 | | Terminate 11/14/2008 Sentencing Hearing as to DENNIS KEITH TAYLOR, JR, WANDA GAIL RORIE. (Winchester, Robin) (Entered: 11/06/2008) |
| 11/20/2008 | 21 | NOTICE OF HEARING as to DENNIS KEITH TAYLOR, JR, WANDA GAIL RORIE Sentencing set for 3/19/2009 02:00 PM in Greensboro Courtroom #2 before JUDGE N. C. TILLEY JR.(Winchester, Robin) (Entered: 11/20/2008) |
| 12/24/2008 | 24 | ***POSITION PAPER RE SENTENCING FACTOR (SEALED) as to DENNIS KEITH TAYLOR, JR (DAVIS, GREGORY) (Entered: 12/24/2008) |
| 02/20/2009 | 26 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to DENNIS KEITH TAYLOR, JR on 2/18/09. (Lapira, Sharon) (Entered: 02/20/2009) |
| 03/13/2009 | 27 | ***POSITION PAPER RE SENTENCING FACTOR (SEALED) as to DENNIS KEITH TAYLOR, JR (GREEN, GRAHAM) (Entered: 03/13/2009) |
| 03/19/2009 | | Minute Entry for proceedings held before JUDGE N. C. TILLEY, JR:Sentencing as to DENNIS KEITH TAYLOR, JR held on 3/19/2009 as to Count 1. See Exhibit and Witness List. (Court Reporter Calhoun.) (Winchester, Robin) (Entered: 03/20/2009) |
| 04/17/2009 | 28 | JUDGMENT as to DENNIS KEITH TAYLOR, JR. (1), Count(s) 1, One Hundred Twenty (120) months imprisonment; Three (3) years supervised release; Special Assessment $100. Signed by JUDGE N. C. TILLEY, JR on 4/16/09. (Lapira, Sharon) (Entered: 04/17/2009) |
| 04/17/2009 | | Attorney update in case as to DENNIS KEITH TAYLOR, JR: Attorney GREGORY DAVIS terminated. (Daniel, J) (Entered: 04/20/2009) |
| 08/22/2012 | 29 | MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) by DENNIS KEITH TAYLOR, JR. (Attachments: # 1 Envelope)(Butler, Carol) Civil case 1:12-cv-00950-NCT opened. (Entered: 08/22/2012) |
| 08/22/2012 | | CASE REFERRED for Screening (Butler, Carol) (Entered: 08/22/2012) |
| 12/03/2012 | 30 | ORDER signed by MAG/JUDGE JOI ELIZABETH PEAKE on 12/3/2012, that Petitioner's Submission [Doc. # 29 ] is construed as a Motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and Petitioner is given 30 days to supplement his Motion as set out herein. FURTHER, that the Clerk is instructed to send Petitioner § 2255 forms and instructions. FURTHER, that the Federal Public Defender's Office is appointed to represent Petitioner with respect to any Simmons-related issues that may be raised in this case, as set out above. FURTHER, that the United States Attorney is directed to file a response to Petitioner's Motion [Doc. # 29 ], as set out herein, within ninety (90) days from the date of this Order. Any Reply by Petitioner must be filed within 30 days after a Response is filed by the Government. (1:12CV950) (Lloyd, Donna) (Entered: 12/03/2012) |
| 12/03/2012 | | Set Response Deadline as to DENNIS KEITH TAYLOR, JR., re: 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255): Responses due by 3/3/2013. (1:12CV950) (Lloyd, Donna) (Entered: 12/03/2012) |
| 03/01/2013 | 31 | NOTICE OF ATTORNEY APPEARANCE MICHAEL F. JOSEPH appearing for USA. (JOSEPH, MICHAEL) (Entered: 03/01/2013) |

| | | |
|---|---|---|
| 03/01/2013 | 32 | First MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) by USA as to DENNIS KEITH TAYLOR, JR. (Attachments: # 1 Text of Proposed Order)(JOSEPH, MICHAEL) (Entered: 03/01/2013) |
| 03/04/2013 | | MOTION as to DENNIS KEITH TAYLOR, JR REFERRED to Magistrate Judge Peake re 32 First MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) (Butler, Carol) (Entered: 03/04/2013) |
| 03/12/2013 | 33 | ORDER signed by MAG/JUDGE JOI ELIZABETH PEAKE on 3/12/2013, that the Government's Motion for Extension of Time [Doc. # 32 ] is GRANTED, and the United States Attorney is hereby allowed to and including March 29, 2013, within which to file its Response to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (1:12CV950) (Butler, Carol) (Entered: 03/12/2013) |
| 03/12/2013 | | Set Deadline in case as to DENNIS KEITH TAYLOR, JR 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255). Responses due by 3/29/2013. (Butler, Carol) (Entered: 03/12/2013) |
| 03/29/2013 | 34 | Second MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) by USA as to DENNIS KEITH TAYLOR, JR. (Attachments: # 1 Text of Proposed Order)(JOSEPH, MICHAEL) (Entered: 03/29/2013) |
| 04/02/2013 | | MOTION as to DENNIS KEITH TAYLOR, JR REFERRED to Magistrate Judge Peake re 34 Second MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) (Butler, Carol) (Entered: 04/02/2013) |
| 04/09/2013 | 35 | ORDER signed by MAG/JUDGE JOI ELIZABETH PEAKE on 4/9/2013, that the Government's Motion for Extension of Time [Doc. # 34 ] is GRANTED, and the United States Attorney is hereby allowed to and including April 26, 2013, within which to file its Response to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (1:12cv950) (Butler, Carol) (Entered: 04/09/2013) |
| 04/09/2013 | | Set Deadline in case as to DENNIS KEITH TAYLOR, JR 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255). Responses due by 4/26/2013. (Butler, Carol) (Entered: 04/09/2013) |
| 04/26/2013 | 36 | Third MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) by USA as to DENNIS KEITH TAYLOR, JR. (Attachments: # 1 Text of Proposed Order)(MILLER, ANGELA) (Entered: 04/26/2013) |
| 04/29/2013 | | MOTION as to DENNIS KEITH TAYLOR, JR REFERRED to Magistrate Judge Peake re 36 Third MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) (Butler, Carol) (Entered: 04/29/2013) |
| 05/16/2013 | 37 | ORDER signed by MAG/JUDGE JOI ELIZABETH PEAKE on 5/16/2013, that the Government's Motion for Extension of Time [Doc. # 36 ] is GRANTED, and the United States Attorney is hereby allowed to and including May 24, 2013, within which to file its Response to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. (1:12CV950) (Butler, Carol) (Entered: 05/16/2013) |
| 05/16/2013 | | Set Deadline in case as to DENNIS KEITH TAYLOR, JR 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255). Responses due by 5/24/2013. |

| | | |
|---|---|---|
| | | (Butler, Carol) (Entered: 05/16/2013) |
| 05/24/2013 | 38 | MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) by USA as to DENNIS KEITH TAYLOR, JR. (Attachments: # 1 Text of Proposed Order)(MILLER, ANGELA) (Entered: 05/24/2013) |
| 05/24/2013 | 39 | Amended MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) by USA as to DENNIS KEITH TAYLOR, JR. (Attachments: # 1 Text of Proposed Order)(MILLER, ANGELA) (Entered: 05/24/2013) |
| 05/30/2013 | | MOTIONS as to DENNIS KEITH TAYLOR, JR REFERRED to Magistrate Judge Peake re 39 Amended MOTION for Extension of Time to File Response/Reply as to 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) (Butler, Carol) (Entered: 05/30/2013) |
| 05/31/2013 | 40 | MOTION to Dismiss *2255* by USA as to DENNIS KEITH TAYLOR, JR. (Attachments: # 1 Attachment 1, # 2 Attachment 2)(JOSEPH, MICHAEL) (Entered: 05/31/2013) |
| 06/05/2013 | 41 | Roseboro Letter from the Clerk's Office regarding Right to Respond to pleading 40 as to defendant DENNIS KEITH TAYLOR, JR. (Butler, Carol) (Entered: 06/05/2013) |
| 06/07/2013 | 42 | ORDER signed by MAG/JUDGE JOI ELIZABETH PEAKE on 6/7/2013, that the Government's Amended Motion for Extension of Time [Doc. # 39 ] is GRANTED, and the Response and Motion to Dismiss filed May 31, 2013 is deemed timely filed. (1:12CV950) (Butler, Carol) (Entered: 06/07/2013) |
| 07/12/2013 | | MOTIONS as to DENNIS KEITH TAYLOR, JR REFERRED to Magistrate Judge Peake re 40 MOTION to Dismiss *2255*, 29 MOTION to Vacate, Set Aside or Correct Sentence (pursuant to 28 U.S.C. 2255) (Butler, Carol) (Entered: 07/12/2013) |
| 06/26/2014 | 43 | RECOMMENDATION signed by MAG/JUDGE JOI ELIZABETH PEAKE on 6/25/2014, that Respondent's Motion to Dismiss [Doc. # 40 ] be granted and that Petitioners Motion to vacate, set aside or correct sentence [Doc. # 29 ] be dismissed. (1:12CV950) (Butler, Carol) (Entered: 06/26/2014) |
| 06/26/2014 | 44 | Notice of Mailing Recommendation. Objections to R&R due by 7/14/2014. (Butler, Carol) (Entered: 06/26/2014) |
| 07/21/2014 | | Case as to DENNIS KEITH TAYLOR, JR, regarding pldg. 43 Recommended Ruling - Magistrate Judge referred to JUDGE N. C. TILLEY, JR. for final order. (Winchester, Robin) (Entered: 07/21/2014) |
| 08/25/2014 | | Case as to DENNIS KEITH TAYLOR, JR, regarding pldg. 43 Recommended Ruling - Magistrate Judge referred to MAG/JUDGE JOI ELIZABETH PEAKE. (Winchester, Robin) (Entered: 08/25/2014) |
| 08/28/2014 | | Case as to DENNIS KEITH TAYLOR, JR, regarding pldg 43 Recommended Ruling - Magistrate Judge referred to JUDGE N. C. TILLEY, JR. with judgment. (Winchester, Robin) (Entered: 08/28/2014) |
| 08/03/2015 | 45 | JUDGMENT signed by JUDGE N. C. TILLEY, JR on 8/3/2015, adopting the Magistrate Judge's Recommendation [Doc. # 43 ] is hereby adopted, that Respondent's Motion [Doc. # 40 ] to Dismiss is GRANTED, Petitioner's Motion [Doc. # 29 ] to vacate, set aside or correct sentence is DENIED, this action is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable procedural ruling, a certificate of appealability is DENIED. (1:12CV950) (Butler, Carol) (Entered: 08/03/2015) |

| | | |
|---|---|---|
| 03/12/2018 | 46 | USPO PROB 12C - Offender Under Supervision as to DENNIS KEITH TAYLOR JR. (Bateman, Janet) Modified on 1/21/2020 to unseal document (Garrett, Kim). (Entered: 03/12/2018) |
| 03/12/2018 | 47 | SEALED USPO PROB 12C - Supplement Report as to DENNIS KEITH TAYLOR JR (Attachments: # 1 Memo) (Bateman, Janet) (Entered: 03/12/2018) |
| 03/12/2018 | 48 | SEALED PRESENTENCE INVESTIGATION REPORT - FINAL as to DENNIS KEITH TAYLOR, JR. (Bateman, Janet) (Entered: 03/12/2018) |
| 03/12/2018 | 49 | SEALED Statement of Reasons as to DENNIS KEITH TAYLOR JR. (Bateman, Janet) (Entered: 03/12/2018) |
| 03/13/2018 | | Case as to DENNIS KEITH TAYLOR, JR, RE: 47 SEALED USPO PROB 12C - Supplement Report, 46 SEALED USPO PROB 12C - Offender Under Supervision, to JUDGE N. C. TILLEY, JR (Winchester, Robin) (Entered: 03/13/2018) |
| 03/19/2018 | 50 | ORDER FOR WARRANT as to DENNIS KEITH TAYLOR, JR. Signed by JUDGE N. C. TILLEY, JR on 03/19/2018. (Garland, Leah) Modified on 1/21/2020 to unseal document (Garrett, Kim). (Entered: 03/19/2018) |
| 03/19/2018 | 51 | SRV ARREST Warrant Issued as to DENNIS KEITH TAYLOR, JR. (Garland, Leah) Modified on 1/21/2020 to unseal document (Garrett, Kim). (Entered: 03/19/2018) |
| 04/10/2018 | 52 | NOTICE OF HEARING as to DENNIS KEITH TAYLOR, JR. Final Hearing re Revocation of Supervised Release set for 5/4/2018 02:00 PM in Greensboro Courtroom #2 before JUDGE N. C. TILLEY JR. (Winchester, Robin) (Entered: 04/10/2018) |
| 04/12/2018 | 53 | NOTICE of Cancelling 5/4/2018 Supervised Release Violation Hearing. (Winchester, Robin) (Entered: 04/12/2018) |
| 01/06/2020 | | Arrest of DENNIS KEITH TAYLOR, JR in DISTRICT OF SOUTH CAROLINA. (Garland, Leah) (Entered: 01/06/2020) |
| 01/06/2020 | 54 | Rule 32.1 Documents Received as to DENNIS KEITH TAYLOR, JR. (Attachments: # 1 District of South Carolina Order for Attorney, # 2 District of South Carolina Waiver, # 3 District of South Carolina Docket Sheet) (Garland, Leah) (Entered: 01/06/2020) |
| 01/06/2020 | 55 | SEALED FINANCIAL AFFIDAVIT by DENNIS KEITH TAYLOR, JR. (Garland, Leah) (Entered: 01/06/2020) |
| 01/06/2020 | | Oral Motion Re: Detention by USA as to DENNIS KEITH TAYLOR, JR. (Garrett, Kim) (Entered: 01/24/2020) |
| 01/08/2020 | 56 | SRV ARREST Warrant Returned Executed on 01/06/2020 in case as to DENNIS KEITH TAYLOR, JR. (Garland, Leah) (Entered: 01/08/2020) |
| 01/21/2020 | 57 | ORDER signed by MAG/JUDGE JOI ELIZABETH PEAKE on 01/21/2020, that Assistant Federal Public Defender Greg Davis is appointed to represent Defendant, DENNIS KEITH TAYLOR, JR., in this action. (Garland, Leah) (Entered: 01/21/2020) |
| 01/21/2020 | | Email notification to USA, USM, USPO and AFPD Greg Davis as to DENNIS KEITH TAYLOR, JR., setting Detention/Preliminary Revocation Hearing set for 1/28/2020 02:30 PM in Winston-Salem Courtroom #3 before MAG/JUDGE JOI ELIZABETH PEAKE. (Garrett, Kim) (Entered: 01/21/2020) |
| 01/24/2020 | 58 | WAIVER of Detention Hearing/WAIVER of Preliminary Examination or Hearing by DENNIS KEITH TAYLOR, JR (Garrett, Kim) (Entered: 01/24/2020) |
| 01/24/2020 | 59 | ORDER OF DETENTION granting [] Oral Motion as to DENNIS KEITH TAYLOR JR. |

| | | |
|---|---|---|
| | | (1). Signed by MAG/JUDGE JOI ELIZABETH PEAKE on 1/24/20. (Garrett, Kim) (Entered: 01/24/2020) |
| 02/25/2020 | 60 | NOTICE OF HEARING as to DENNIS KEITH TAYLOR, JR. Final Hearing re Revocation of Supervised Release set for 3/26/2020 09:30 AM in Greensboro Courtroom #2 before JUDGE N. C. TILLEY JR. (Winchester, Robin) (Entered: 02/25/2020) |
| 02/25/2020 | 61 | NOTICE OF ATTORNEY APPEARANCE ELEANOR T. MORALES appearing for USA. (MORALES, ELEANOR) (Entered: 02/25/2020) |
| 03/11/2020 | 63 | NOTICE *to Proceed on Violations* by USA as to DENNIS KEITH TAYLOR, JR re 46 SEALED USPO PROB 12C - Offender Under Supervision (MORALES, ELEANOR) (Entered: 03/11/2020) |
| 03/17/2020 | | TEXT **ORDER** as to DENNIS KEITH TAYLOR, JR: In response to the national and state emergencies having been occasioned by the Covid19 virus and for the protection of litigants, attorneys, deputy marshals and court personnel, it is ORDERED that, with two possible exceptions, those criminal matters previously set for Thursday, March 26, 2020 be continued until a date to be selected and noticed in late April. The two possible exceptions relate to the resentencings of Michael Ray Jessup, 10 CR 351, and David Andrew Byrd, 09 CR 408. Each is eligible for immediate release should the Court select a time served sentence. The Court will consider hearing these matters by telephone conferencing, if and only if, the following conditions should be met. First, if either the Defense Attorney, Defendant, or Assistant U.S. Attorney wishes to argue for a sentence other than time served, the matter will be recalendared for an April setting. Second, each Defendant must execute a written waiver of personal appearance and move the Court to hear the matter by teleconference during which the Defendant, Defense Attorney and Assistant U.S. Attorney will participate, but each from different locations. Third, should the Defendant and Defense Attorney need to confer during the proceeding, the parties must agree that the Assistant U.S. Attorney, Judge and Court Reporter will hang up their ends of the call to allow a private communication between attorney and client, after which the Defense Attorney will place calls to reconnect with the others who had left the conversation. Fourth, a digital image copy of the Defendants waiver and Motion will be acceptable. Should the parties agree, please notify Ms. Winchester of that agreement and the Defense Attorney may prepare a waiver and motion for that Defendants signature and forward it to the Defendant for execution and having a digital copy returned for filing issued by JUDGE N. C. TILLEY, JR. on 3/17/2020. (Winchester, Robin) (Entered: 03/17/2020) |
| 04/27/2020 | | TEXT ORDER issued by SENIOR JUDGE N. CARLTON TILLEY, JR. on 4/27/2020 as to DENNIS KEITH TAYLOR, JR.: Federal Rule of Criminal Procedure 32.1(b)(2) requires that, unless waived by the person, a court impose sentence "within a reasonable time." In accordance with this court's Amended Standing Order 13 and the national and state emergency as to the novel coronavirus known as Covid-19 as described therein, all sentencings set in April 2020 have been continued to a date on or after May 4, 2020, and may be continued further as otherwise ordered by this court. However, the recent passage of the Coronavirus Aid, Relief, and Economic Security ("CARES") Act, section 15002(b)(1)(F), authorizes the court to conduct probation and supervised release revocation proceedings by video or telephone conference upon an appropriate finding by the Judicial Conference of the United States and the Chief Judge of this court (see Standing Order 15), both of which have been made, and upon consent of the defendant after consultation with counsel. The ability to conduct video and telephone conference hearings has now been arranged for defendants housed in most of the local jails as well as for those who are not in custody. The court wishes to proceed with as many supervised release and probation revocation proceedings as feasible. IT IS THEREFORE ORDERED that within 10 days the parties shall file a notice reporting (1) whether this case is a proper candidate for a revocation proceeding by video and/or telephone conference and, if so, (2) whether the |

| | | |
|---|---|---|
| | | defendant wishes to consent to proceeding in that fashion. If both inquiries are answered yes, the court will set the case for a video conference, or if consent is only to use of a telephone, a telephonic hearing. If the defendant does not wish to consent, the case will be heard in open court as soon as public health and safety permit.(Winchester, Robin) (Entered: 04/27/2020) |
| 05/07/2020 | 64 | NOTICE , *Joint, Concerning Video or Telephonic Conference* by USA as to DENNIS KEITH TAYLOR, JR re Order,,,,,,, (MORALES, ELEANOR) (Entered: 05/07/2020) |
| 05/08/2020 | 65 | NOTICE OF HEARING as to DENNIS KEITH TAYLOR, JR. Final Hearing re Revocation of Supervised Release set for 6/26/2020 09:30 AM before JUDGE N. C. TILLEY JR. The court is monitoring the COVID-19 outbreak and a subsequent order may issue continuing this matter to a later date.(Winchester, Robin) (Entered: 05/08/2020) |
| 06/05/2020 | | TEXT **ORDER** as to DENNIS KEITH TAYLOR, JR issued by SENIOR JUDGE N. C. TILLEY, JR on 6/5/2020. In view of the current public health issues associated with the COVID-19 pandemic and the Amended Standing Order 13 (Amended 4/28/2020) issued by Chief Judge Thomas D. Schroeder suspending all in court matters to a date on or after June 8, 2020, as well as the Courts backlog as a result, the Supervised Release Violation hearing currently scheduled for 6/26/2020 at 9:30 a.m. is continued to 8/20/2020 at 11:00 a.m., subject to further order of the Court. If any defendant objects or believes extenuating circumstances exist to require an earlier hearing, they may file such a written request. (Winchester, Robin) (Entered: 06/05/2020) |
| 06/05/2020 | | Reset Final Supervised Release Violation Hearing as to DENNIS KEITH TAYLOR, JR Final Supervised Release Violation Hearing set for 8/20/2020 11:00 AM in Greensboro Courtroom #2 before JUDGE N. C. TILLEY JR. See 6/5/2020 Text Order (Winchester, Robin) (Entered: 06/05/2020) |
| 06/08/2020 | 66 | NOTICE OF ATTORNEY APPEARANCE MEREDITH C. RUGGLES appearing for USA. (RUGGLES, MEREDITH) (Entered: 06/08/2020) |
| 08/20/2020 | | Minute Entry for proceedings held before JUDGE N. C. TILLEY, JR.FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE as to DENNIS KEITH TAYLOR, JR held on 8/20/2020. Defendant admits violations. Court finds defendant in violation and revokes. Defendant remanded to Bureau of Prisons for 12 months, followed by 24 months supervised release (see J&C). Defendant in the custody of the United States Marshal. AUSA Meredith Ruggles appeared on behalf of the Government. AFPD Gregory Davis appeared as counsel for the defendant. (Court Reporter Jane Calhoun.) (Winchester, Robin) (Entered: 08/20/2020) |
| 09/15/2020 | 67 | JUDGMENT ON REVOCATION OF PROBATION/SUPERVISED RELEASE as to DENNIS KEITH TAYLOR, JR. Defendant's supervised release is revoked. Twelve (12) months imprisonment. Twenty-four (24) months supervised release under the same terms and conditions previously imposed. Signed by JUDGE N. C. TILLEY, JR on 9/14/2020. (Garland, Leah) (Entered: 09/15/2020) |
| 08/16/2021 | 68 | SEALED USPO PROB 12C - Offender Under Supervision as to DENNIS KEITH TAYLOR JR. (Bateman, Janet) (Entered: 08/16/2021) |
| 08/16/2021 | 69 | SEALED USPO PROB 12C - Supplement Report as to DENNIS KEITH TAYLOR JR. (Attachments: # 1 Memo) (Bateman, Janet) (Entered: 08/16/2021) |
| 08/17/2021 | | Case as to DENNIS KEITH TAYLOR, JR referred to JUDGE N. C. TILLEY, JR RE: 68 SEALED USPO PROB 12C - Offender Under Supervision. (Garland, Leah) (Entered: 08/17/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/26/2021 13:20:47 | | | |
| **PACER Login:** | sd5571:4278815:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cr-00126-NCT |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**